IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID RHEE, as personal representative
for the ESTATE OF JUSTIN KRANTZ,

     Plaintiff,

v.                                               1:24-cv-00082-MIS-JMR

CORECIVIC, INC., WARDEN ROBERT NILIUS,
OFFICER L. RODRIGUEZ, OFFICER T. TOWNLEY,
OFFICER N. WEIS, OFFICER K. WEST, and
OFFICER J. QUINTANA,

     Defendants.

## **ORDER SETTING TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **Tuesday, September 03, 2024**, at **10:00 a.m. Mountain Time.** Counsel shall call my AT&T toll-free conference line at 1-877-336-1831 and dial access code 4999264 to be joined to the proceedings.

JENNIFER M. ROZZONI
United States Magistrate Judge