# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DAVID RHEE, as Personal Representative of the
Estate of Justin Krantz,

       Plaintiff,

vs.

       Case No. 1:24-cv-00082-MIS-JMR

CORECIVIC INC.,
WARDEN ROBERT NILIUS,
OFFICER L. RODRIGUEZ,
OFFICER T. TOWNLEY,
OFFICER N. WEIS,
OFFICER K. WEST, and
OFFICER J. QUINTANA,

       Defendants.

## CERTIFICATE OF SERVICE OF DEFENDANTS' THIRD SUPPLEMENTAL DISCLOSURE STATEMENT

I hereby certify that Defendants CoreCivic, Nilius, Quintana, Rodriguez, Townley, Weis and West ("Defendants"), through counsel, have served upon all counsel by email, the following document(s):

    *1.    Defendants' First Supplemental Disclosure Statement (on October 11, 2024);*

    *2.    Defendants' Second Supplemental Disclosure Statement (on October 23, 2024);*

    *3.    Defendants' Third Supplemental Disclosure Statement (on November 4, 2024).*

    / / /

Dated: November 7, 2024.

/s/ Anne M. Orcutt
Jacob B. Lee, NM Bar No. 154613
Anne M. Orcutt, AZ Bar No. 029387*
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel.: (480) 420-1600
Fax: (480) 420-1696
jlee@strucklove.com
aorcutt@strucklove.com
*Admitted Pro Hac Vice

Deborah D. Wells
Debra J. Moulton
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
Tel.: (505) 884-7887
Fax: (505) 884-7123
ddwells@kmwpc.com
dmoulton@kmwpc.com

*Attorneys for Defendants CoreCivic, Inc., Nilius, Quintana, Rodriguez, Townley, Weis, and West*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ramon A. Soto
THE SOTO LAW OFFICE, LLC
300 Central Ave. SW, Ste. 2500W
Albuquerque, NM 87102
ramon@sotolawoffice.co
*Attorneys for Plaintiff*

Taylor E. Smith
SMITH & ASSOCIATES, LLC
P.O. Box 94207
Albuquerque, NM  87199-4207
taylor@smithnmlaw.com
*Attorneys for Plaintiff*

*/s/ Kim Penny*

3