IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID RHEE, as personal representative
for the ESTATE OF JUSTIN KRANTZ,

      Plaintiff,

v.                                         1:24-cv-00082-MIS-JMR

CORECIVIC, INC., WARDEN ROBERT NILIUS,
OFFICER L. RODRIGUEZ, OFFICER T. TOWNLEY,
OFFICER N. WEIS, OFFICER K. WEST, and
OFFICER J. QUINTANA,

      Defendants.

## **ORDER SETTING PRE-SETTLEMENT CONFERENCES**

In preparation for the settlement conference set for Wednesday, December 18, 2024, the

Court will conduct separate telephonic pre-settlement conferences with counsel for plaintiff(s)

and counsel for defendant(s):

Counsel for Plaintiff(s):  **Tuesday, December 17, 2024, at 11:00 a.m.**

Counsel for Defendant(s):  **Monday, December 16, 2024, at 1:00 p.m.**

The Court will call counsel at the scheduled times.

_____
JENNIFER M. ROZZONI
United States Magistrate Judge