# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

# SETTLEMENT CONFERENCE BEFORE
# MAGISTRATE JUDGE JENNIFER M. ROZZONI

Caption: *Rhee v. CoreCivic Inc., et al.*
**1:24-cv-00082-MIS-JMR**

Date: **Wednesday, December 18, 2024 at 9:00 a.m. via Zoom**

Appearances for Plaintiffs:
Ramón A. Soto
Taylor E. Smith
Griffin M. Arellano
Chandler Ballantine
Justin Niska

Appearances for Defendants:
Jacob Lee

Plaintiff(s) in Attendance:
David Rhee, personal representative of the estate of Justin Krantz

Defendant(s) in Attendance:
Jennifer Williams,
Deputy General Counsel and Vice President, Litigation for CoreCivic

Others Attending:

_X_ Case settled. Per order filed concurrently, closing documents due on January 17, 2025.

____ Case did not settle.

____ Settlement efforts to be continued on _____ at _____.

____ Time in Conference = _3_ hours.