## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DAVID RHEE, as Personal Representative of the Estate of Justin Krantz,<br><br>Plaintiff,<br><br>vs.<br><br>CORECIVIC INC.,<br>WARDEN ROBERT NILIUS,<br>OFFICER L. RODRIGUEZ,<br>OFFICER T. TOWNLEY,<br>OFFICER N. WEIS,<br>OFFICER K. WEST, and<br>OFFICER J. QUINTANA,<br><br>Defendants. | Case No. 1:24-cv-00082-MIS-JMR |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, through their respective counsel, stipulate that all claims in the above-entitled action shall be dismissed in their entirety, with prejudice. The parties further stipulate that each party will bear their own attorneys' fees and costs and shall not seek reimbursement of their costs or attorneys' fees from any other party.

Dated: January 14, 2025.

/s/ *Anne M. Orcutt*
Daniel P. Struck, AZ Bar No. 012377
Jacob B. Lee, NM Bar No. 154613
Anne M. Orcutt, AZ Bar No. 029387
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel.: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
jlee@strucklove.com
aorcutt@strucklove.com

Deborah D. Wells
Debra J. Moulton
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
Tel.: (505) 884-7887
Fax: (505) 884-7123
ddwells@kmwpc.com
dmoulton@kmwpc.com

*Attorneys for Defendants CoreCivic, Nilius, Quintana, Rodriguez, Townley, Weis and West*

*/s/ Ramon A. Soto (with permission)*
Ramon A. Soto
THE SOTO LAW OFFICE, LLC
300 Central Ave. SW, Ste. 2500W
Albuquerque, NM 87102
ramon@sotolawoffice.co
*Attorneys for Plaintiff*

Taylor E. Smith
SMITH & ASSOCIATES, LLC
P.O. Box 94207
Albuquerque, NM  87199-4207
taylor@smithnmlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ramon A. Soto
THE SOTO LAW OFFICE, LLC
300 Central Ave. SW, Ste. 2500W
Albuquerque, NM 87102
ramon@sotolawoffice.co
*Attorneys for Plaintiff*

Taylor E. Smith
SMITH & ASSOCIATES, LLC
P.O. Box 94207
Albuquerque, NM  87199-4207
taylor@smithnmlaw.com
*Attorneys for Plaintiff*

           */s/ Kim Penny*