IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID RHEE, as personal representative
for the Estate of Justin Krantz,

    Plaintiff,

v.

                                                Case No. 1:24-cv-00082-MIS-JMR

CORECIVIC INC.,
CHAD MILLER,
FNU RODRIGUEZ,
FNU TOWNLEY,
FNU WEIS,
FNU WEST,
FNU QUINTANA, and
ROBERT NILIUS,

    Defendants.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Closing Case entered contemporaneously herewith, the Court hereby issues its separate judgment finally disposing of this civil case.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE